David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS COLAIZZI,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC.,<br>            Defendant. | Case No.: 2:14-cv-02053-GMN-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>[FIRST REQUEST] |

Plaintiff, NICHOLAS COLAIZZI ("Plaintiff"), and Defendant, BANK OF AMERICA, N.A. ("Defendant"), hereby submit the following Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss. The current deadline is set for August 27, 2015.

1. Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 23] on August 10, 2015.
2. Plaintiff and Defendant have agreed to an extension of time of 14 days, up to and including September 10, 2015 for Plaintiff to respond to Defendant's Motion To Dismiss.
3. This request is not made for purposes of delay, but rather to allow Plaintiff to fully brief the Motion brought by Defendant, and perhaps explore settlement.

The parties therefore respectfully request this Court enter an order granting an extension of time of 14 days, up to and including September 10, 2015, for Plaintiff to respond to Defendant's Motion to Dismiss.

DATED: August 25, 2015

| AKERMAN LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Matthew Knepper | /s/ DANNY J. HOREN |
| Matthew Knepper, Esq. | DANNY J. HOREN, ESQ |
| 1160 Town Center Dr., Ste. 330 | 7854 W. Sahara Avenue |
| Las Vegas, NV 89144 | Las Vegas, NV 89117 |
| Matthew.knepper@akerman.com | danny@kazlg.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

IT IS SO ORDERED

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED**: August 26, 2015

# SIGNATURE CERTIFICATION

     Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 10, 2015　　　　　　　　　　　　**KAZEROUNI LAW GROUP**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Danny Horen
　　　　　　　　　　　　　　　　　　　　　　　　DANNY HOREN, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF