David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **NICHOLAS COLAIZZI,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC.,**<br>　　　　Defendant. | Case No.: 2:14-cv-02053-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff, NICHOLAS COLAIZZI ("Plaintiff"), and Defendant, BANK OF AMERICA, N.A. ("Defendant"), hereby submit the following Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss. The current deadline is set for September 10, 2015.

1. Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 23] on August 10, 2015.
2. Plaintiff and Defendant have agreed to an extension of time of 14 days, up to and including September 24, 2015 for Plaintiff to respond to Defendant's Motion To Dismiss.
3. This request is not made for purposes of delay, but rather to allow the parties to explore settlement. Discussions have already begun, and the extension will allow the parties to possibly avoid additional costs and time of further briefing in the event resolution can be reached.

The parties therefore respectfully request this Court enter an order granting an extension of time of 14 days, up to and including September 24, 2015, for Plaintiff to respond to Defendant's Motion to Dismiss.

DATED: September 3, 2015

| AKERMAN LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Matthew Knepper | /s/ DANNY J. HOREN |
| Matthew Knepper, Esq. | DANNY J. HOREN, ESQ |
| 1160 Town Center Dr., Ste. 330 | 7854 W. Sahara Avenue |
| Las Vegas, NV 89144 | Las Vegas, NV 89117 |
| Matthew.knepper@akerman.com | danny@kazlg.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

**IT IS SO ORDERED**:

  Plaintiff shall have 14 days, up to and including September 24, 2015, to respond to Defendant's Motion to Dismiss.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: September 4, 2015

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signature to this document.


Dated: September 3, 2015

                                                 **KAZEROUNI LAW GROUP**

                                                 By: /s/ Danny Horen
                                                        DANNY HOREN, ESQ.
                                                        ATTORNEY FOR PLAINTIFF